UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JACLYN BJORKLUND** : | CASE NO. 2:23-cv-01020 |
| : | |
| *Plaintiff* : | JUDGE JAMES D. CAIN, JR. |
| v. : | |
| : | MAGISTRATE JUDGE KATHLEEN KAY |
| **NOVO NORDISK A/S, NOVO** : | |
| **NORDISK NORTH AMERICA** : | |
| **OPERATIONS A/S, NOVO NORDISK** : | |
| **US HOLDINGS INC., NOVO** : | |
| **NORDISK US COMMERCIAL** : | |
| **HOLDINGS INC., NOVO NORDISK** : | |
| **INC., NOVO NORDISK RESEARCH** : | |
| **CENTER SEATTLE, INC., NOVO** : | |
| **NORDISK PHARMACEUTICAL** : | |
| **INDUSTRIES LP, and ELI LILLY** : | |
| **AND COMPANY** : | |
| : | |
| *Defendants.* : | |

**ELI LILLY AND COMPANY'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Eli Lilly and Company ("Lilly") respectfully requests an extension of time, until October 16, 2023 (31 days from the date the response would otherwise be due - September 15, 2023), to file an answer or other responsive pleadings in this matter.

In accordance with Uniform District Court Rules, Local Civil Rule 7.9, counsel for Lilly certify that they have sought and obtained Plaintiff's consent to this motion, and that Lilly and Plaintiff further consent and agree to an extension of any related briefing deadlines such that Plaintiff's opposition to any responsive motion is due November 8, 2023, and Lilly's reply brief is due November 17, 2023.  Neither Lilly nor Plaintiff has requested or received a previous extension of time from this Court in this matter.

WHEREFORE, Defendant, Eli Lilly and Company, prays that its motion be granted, and that it be granted an additional thirty-one (31) days from the date its responsive pleadings would otherwise be due within which to file an answer or other responsive pleadings, rendering the extended deadline as October 16, 2023.  Further, Defendant, Eli Lilly and Company, prays that an extension be granted of any related briefing deadlines such that Plaintiff's opposition to any responsive motion is due November 8, 2023, and Lilly's reply brief is due November 17, 2023.

Respectfully submitted this 13th day of September, 2023.

**PLAUCHE, SMITH & NIESET, L.L.C.**

*/s/ Christopher P. Ieyoub*
CHRISTOPHER P. IEYOUB (#16978)
1123 Pithon Street
Lake Charles, LA 70601
Telephone: (337) 436-0522
Facsimile: (337) 436-9637

-and-

**KIRKLAND & ELLIS LLP**
MARK W. PREMO-HOPKINS, P.C. (*pro hac forthcoming*)
RENEE D. SMITH (*pro hac forthcoming*)
DIANA M. WATRAL, P.C. (*pro hac forthcoming*)
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant,*
**Eli Lilly and Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the **13th** day of **September, 2023**, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

            */s/ Christopher P. Ieyoub*
            CHRISTOPHER P. IEYOUB