UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JACLYN BJORKLUND** | : CASE NO. 2:23-cv-01020 |
| *Plaintiff* | : |
| | : JUDGE JAMES D. CAIN, JR. |
| v. | : |
| | : MAGISTRATE JUDGE KATHLEEN KAY |
| **NOVO NORDISK A/S, NOVO NORDISK NORTH AMERICA OPERATIONS A/S, NOVO NORDISK US HOLDINGS INC., NOVO NORDISK US COMMERCIAL HOLDINGS INC., NOVO NORDISK INC., NOVO NORDISK RESEARCH CENTER SEATTLE, INC., NOVO NORDISK PHARMACEUTICAL INDUSTRIES LP, and ELI LILLY AND COMPANY** | : |
| *Defendants.* | : |

## ORDER

Considering the above and foregoing Motion:

Before the Court is a Consent Motion for Extension of Time to File Responsive Pleadings filed by Defendant Eli Lilly and Company. Upon consideration of the Motion, the Court finds that is should be **GRANTED**. Accordingly, **IT IS ORDERED** that Defendant Eli Lilly and Company, be given an additional thirty-one (31) days (until October 16, 2023) to file responsive pleadings in this matter and an extension of any related briefing deadlines such that Plaintiff's opposition to any responsive motion is due November 8, 2023, and Lilly's reply brief is due November 17, 2023.

**THUS DONE AND SIGNED** in Chambers on this _____ day of _____, 2023.

_____
**U.S. DISTRICT COURT JUDGE**